UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

LUZ S. TORRES BURGOS, et al.,
    Plaintiffs

vs.    CIVIL NO. 98-2394 (JP)

LIFE INSURANCE CO. OF NORTH AM., et al.,
    Defendants

## ORDER

| MOTION | RULING |
|---|---|
| **Date Filed:** July 5, 2001<br>**Docket #:** 20<br>[ ] **Plffs**      [X] **Defts**<br><br>**Title:** Motion Requesting Reconsideration or Amendment to Opinion and Order | **GRANTED IN PART.** The Court will address the issue of the interpretation of the Plan provisions concerning the mental illness provision, but the parties must submit the entire Plan to the Court before it does so. Thus, on or before **July 23, 2001**, the parties **SHALL** submit the Plan to the Court, highlighting the provisions each allege to be relevant to the interpretation of the clause relating to disabilities due to mental illness. The parties may submit supplemental briefs on that limited issue, duly supported by citations to relevant case law, on or before that same date. The Further Scheduling Conference set for August 1, 2001 is hereby **SUSPENDED** pending resolution of this issue. |

Date: 7/16/01

JAIME PIERAS, JR.
U.S. Senior District Judge

Rec'd: