UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

LUZ S. TORRES BURGOS, et al.,
    Plaintiffs

vs.                                            CIVIL NO. 98-2394 (JP)

LIFE INSURANCE CO. OF NORTH AM., et al.,
    Defendants

## ORDER

| MOTION | RULING |
|---|---|
| **Date Filed:** July 18, 2001; July 20, 2001<br>**Docket #:** 22, 23<br>[X] **Plffs**     [X] **Defts**<br><br>**Title:** Motion for Postponement of Scheduling Conference; Motion Requesting Extension of Time to Comply with Order | **GRANTED.** On or before **August 10, 2001**, the parties **SHALL** submit a copy of the Plan to the Court, highlighting the provisions each allege to be relevant to the interpretation of the clause relating to disabilities due to mental illness. The parties may submit supplemental briefs on that limited issue, duly supported by citations to relevant case law, on or before that same date. The Court already ordered the suspension of the Further Scheduling Conference, pending resolution of this issue. |

Date: 7/20/01

JAIME PIERAS, JR.
U.S. Senior District Judge

Rec'd:        EOD:

By:        #24