UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

LUZ S. TORRES BURGOS, et al.,
    Plaintiffs

vs.                                      CIVIL NO. 98-2394 (JP)

LIFE INSURANCE CO. OF NORTH AM., et al.,
    Defendants

## ORDER

| MOTION | RULING |
|---|---|
| **Date Filed:** June 28, 2002<br>**Docket #:** 27<br><br>[ ] **Plffs**   [X] **Defts**<br><br>**Title:** Motion Requesting Withdrawal of Counsel of Record | **GRANTED.** The Court **NOTES** that attorney Arturo Bauermeister, will be the lead counsel for Defendants in the above captioned litigation. For this reason the Court hereby **GRANTS** attorney Luis Francisco Colón-Conde's Motion to Withdraw. |

Date: 7/23/02

JAIME PIERAS, JR.
U.S. Senior District Judge

Rec'd:      EOD:

By:      #