IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| LUZ S. TORRES BURGOS,<br>NELSON E. COLÓN MELÉNDEZ<br><br>    Plaintiffs<br><br>         v.<br><br>LIFE INSURANCE COMPANY OF   NORTH AMERICA; CIGNA GROUP INSURANCE CO. Y ABC INSURANCE CO.<br><br>    Defendants | Case No.: 98-2394 (JP) |

## NOTICE OF APPEARANCE

**TO THE HONORABLE COURT:**

COME NOW the defendants, Life Insurance Company of North America, CIGNA Group Insurance Co., through the undersigned attorneys, and respectfully states and prays as follows:

1.  The undersigned attorney has joined Arturo Bauermeister, Esq. to work as co-counsel for the defendants.

2.  In light of the above, defendants respectfully request that María Isabel Rey Cancio, Esq. be entered as attorney of record in the instant case.

WHEREFORE, defendants respectfully request that María Isabel Rey Cancio be entered as attorney of record in the instant case.

**RESPECTFULLY SUBMITTED.**

In San Juan, Puerto Rico, this 25th day of May, 2005.

I HEREBY CERTIFY that on this date, the undersigned have electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send

notification to the following: Lemuel Negrón Colón, Esq., P. O. Box 8849, Ponce, Puerto Rico  00732; and I hereby certify that I have mailed by the United States Postal Service the document to the following non CM/ECF participants: Lemuel Negrón Colón, Esq., P. O. Box 8849, Ponce, Puerto Rico  00732.

        s/María Isabel Rey Cancio
        MARÍA ISABEL REY CANCIO
        USDC-PR No. 213211
        Counsel for co-defendant Café Rico, Inc.
        Fiddler, Gonzalez & Rodriguez, PSC
        P.O. Box 363507
        San Juan, PR  00936-3507
        Telephone. (787) 759-3146
        Fax (787) 250-7555
        E-mail: mrey@fgrlaw.com

**#553935**
**O/F 3622-010**