IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| LUZ S. TORRES BURGOS, NELSON E. COLÓN MELÉNDEZ<br><br>   Plaintiffs<br><br>      v.<br><br>LIFE INSURANCE COMPANY OF NORTH AMERICA; CIGNA GROUP INSURANCE CO. Y ABC INSURANCE CO.<br><br>   Defendants | CIVIL NO. 98-2394 (JP) |

**MOTION TO INFORM OF COMPLIANCE WITH ORDER REQURING RE-SUBMISSION OF DOCKET #26 AND COPY OF LONG TERM DISABILITY POLICY**

**TO THE HONORABLE COURT:**

COME NOW the defendants, Life Insurance Company of North America, CIGNA Group Insurance Co., through the undersigned attorneys, and respectfully states and prays as follows:

1.      On August 18, 2006 this Honorable Court issued an Order requiring the parties in this case to electronically re-submit the briefs filed at dockets number 25-26 and a copy of the Long Term Disability Policy.

2.      In compliance with the Order, Defendants will be electronically re-submitting today the supplemental brief they filed at Docket #26. As Exhibit 1 of such supplemental brief, Defendants have included an entire copy of the Long Term Disability Policy.

3.      In addition to the above, defendants take the opportunity to inform this Honorable Court that the Long Term Disability Policy provision at issue in the matter currently before the court and addressed in the briefs filed at Dockets # 25-26, can be found on page "LM-6N21---

Page 8". This provision had been highlighted in the hard copy of the Policy that was originally filed with the Court. However, defendants were unable to highlight such provision in the electronic copy of the Policy.

WHEREFORE defendants respectfully request this Honorable Court to take notice of the above.

**RESPECTFULLY SUBMITTED.**

In San Juan, Puerto Rico, this 25th day of August, 2006.

I HEREBY CERTIFY that on this date, the undersigned have electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification to the following: Lemuel Negrón Colón, Esq., P. O. Box 8849, Ponce, Puerto Rico 00732.

>  **/s María Isabel Rey Cancio**
>  Maria Isabel Rey Cancio
>  USDC-PR No. 213211
>  Attorney for Defendants
>  Fiddler Gonzalez & Rodriguez, P.S.C.
>  P.O. Box 363507
>  San Juan, Puerto Rico 00936-3507
>  Tel. (787) 753-3113/759-3146
>  Fax. (787) 250-7555
>  Email: mrey@fgrlaw.com

#628287
O/F: 3622-010