IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| LUZ S. TORRES BURGOS, NELSON E. COLÓN MELÉNDEZ<br><br>    Plaintiffs<br><br>        v.<br><br>LIFE INSURANCE COMPANY OF NORTH AMERICA; CIGNA GROUP INSURANCE CO. Y ABC INSURANCE CO.<br><br>    Defendants | CIVIL NO. 98-2394 (JP) |

**MOTION TO ELECTRONICALLY RE-SUBMIT DOCKET #14**

**TO THE HONORABLE COURT:**

COME NOW the defendants, Life Insurance Company of North America, CIGNA Group Insurance Co., through the undersigned attorneys, and respectfully states and prays as follows:

1. On August 25, 2006 appearing defendants filed *Motion to Inform of Compliance with Order Requiring Re-submission of Docket #26. (Docket #36).* Together with such motion, as required by a prior court order, appearing defendants electronically refilled Docket #26 and a copy of the Long Term Disability Policy at issue in this case.

2. Docket #26, electronically re-filed as Docket #36 is entitled *Motion in Compliance with Order and Defendants' Supplemental Brief.* Such document makes reference to the arguments raised by appearing defendants in a previous document entitled *Brief in Compliance with Initial Scheduling Conference and Requesting Summary Judgment* (Docket #14).

3.     The Brief mentioned in the previous paragraph was not electronically filed because at the time of filing this Honorable Court's electronic filing system had not yet been implemented.

4.     Since some of the arguments mentioned in the Brief are essential to the resolution of the document filed as Docket #26 (and refilled as Docket #36), and for this Honorable Court's convenience, appearing defendants wish to re-file the same.

5.     For the reasons stated above, appearing defendants will resubmit the mentioned Brief, Docket #14, as Exhibit 1 of the present motion.

WHEREFORE defendants respectfully request this Honorable Court to take notice of the above and to accept the electronic re-submission of Docket #14..

**RESPECTFULLY SUBMITTED.**

In San Juan, Puerto Rico, this 20th day of September, 2006.

I HEREBY CERTIFY that on this date, the undersigned have electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification to the following: Lemuel Negrón Colón, Esq., P. O. Box 8849, Ponce, Puerto Rico 00732.

**/s María Isabel Rey Cancio**
Maria Isabel Rey Cancio
USDC-PR No. 213211
Attorney for Defendants
Fiddler Gonzalez & Rodriguez, P.S.C.
P.O. Box 363507
San Juan, Puerto Rico 00936-3507
Tel. (787) 753-3113/759-3146
Fax. (787) 250-7555
Email: mrey@fgrlaw.com

#628287
O/F: 3622-010