# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| LUZ S. TORRES BURGOS, ET AL.<br><br>Plaintiffs<br><br>v.<br><br>LIFE INSURANCE COMPANY<br>OF NORTH AMERICA, ET AL.<br><br>Defendants | CIVIL NO. 98-2394 (JP) |

## JOINT NOTICE FOR VOLUNTARY DISMISSAL

TO THE HONORABLE COURT:

The plaintiffs and the defendants, through their respective attorneys, respectfully notify the Court:

1.  That the parties to this case have stipulated the dismissal with prejudice of the above styled and numbered action, under Fed.R.Civ.P. 41(a)(1)(ii), each party to bear its own costs, expenses, and fees.

2.  The parties have, also, stipulated that the judgment dismissing the case shall be final and unappealable from the moment of its entry.

**WHEREFORE**, plaintiff and defendants respectfully request that the Court enter judgment dismissing the Complaint with prejudice, and judgment being final and unappealable from the moment of its entry, each party bearing its own costs, expenses, and fees.

In San Juan, Puerto Rico, this 18th day of December, 2006.

<table>
<tr><td>

S/Lemuel Negrón Colón, Esq.
Lemuel Negrón Colón
USDC-PR 211202
Attorneys for Plaintiffs
P.O. Box 8849
Ponce, PR   00732-8849
Tel / Fax: (787) 840-6719
lemuel@coqui.net

</td><td>

S/Arturo Bauermeister, Esq.
Arturo Bauermeister
USDC-PR 127207

S/Maria Isabel Rey, Esq.
Maria Isabel Rey
USDC-PR 213211

Fiddler González & Rodríguez, PSC
Attorneys for Defendants
P.O. Box 363507
San Juan, PR  00936 3507
Tel. (787) 759-3122 / (787) 759-3146
Fax: 787-250-7555
abauerme@fgrlaw.com
mrey@fgrlaw.com

</td></tr>
</table>

3622 010

#646130