IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| LUZ S. TORRES BURGOS, et. al.,<br><br>    Plaintiffs<br><br>    v.<br><br>LIFE INSURANCE CO. OF NORTH AMERICA, et. al.,<br><br>    Defendants | CIVIL NO. 98-2394 (JP) |

## **FINAL JUDGMENT**

The Court has before it the parties' "Joint Notice for Voluntary Dismissal" (**No. 47**). Pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, the Court **ENTERS JUDGMENT DISMISSING WITH PREJUDICE** the complaint against the defendants.

This judgment is entered without the imposition of costs or attorneys' fees.

**IT IS SO ORDERED.**

In San Juan, Puerto Rico, this 19th day of December, 2006.

                                    s/Jaime Pieras, Jr.
                                    JAIME PIERAS, JR.
                                U.S. SENIOR DISTRICT JUDGE